## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Kriss v. Bayrock Group LLC            Docket No.: 15-4077

Lead Counsel of Record (name/firm) or Pro se Party (name): Pro se appellant Richard E. Lerner

Appearance for (party/designation): pro se appellant Richard E. Lerner

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✔] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[ ] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
[✔] Incorrect. Please change the following parties' designations:

| Party | Correct Designation |
|---|---|
| Richard E. Lerner | Appellant (Missing from docket. Please add.) |

**Contact Information** for Lead Counsel/Pro Se Party is:
[ ] Correct
[✔] Incorrect or Incomplete, and should be amended as follows:

Name: Richard E. Lerner
Firm: The Law Office of Richard E. Lerner, PC
Address: 122 West 27th Street, New York, New York 10001
Telephone: 917-584-4864            Fax: 347-824-2006
Email: richardlerner@msn.com

### RELATED CASES

[✔] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that ([✔]) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on May 12, 2009            OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
            OR
Signature of pro se litigant: /s/ Richard E. Lerner
Type or Print Name: Richard E. Lerner
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.