# THE LAW OFFICE OF RICHARD E. LERNER, P.C.

**Richard E. Lerner, Esq.**
122 West 27th Street, 12th Floor
New York, New York 10001
Phone: 917.584.4864
Fax: 347.824.2006
richardlerner@msn.com

February 4, 2016

**Via ECF**

United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: Kriss v. Bayrock Group LLC
      Second Circuit Docket No.: 15-4077
      **Scheduling Notification**

Dear Sirs & Medames:

  I am co-counsel to Frederick M. Oberlander, Esq., counsel of record on this appeal, as well as a pro se appellant. On behalf of the plaintiffs-appellants, it is respectfully requested that the filing date for the appeal brief and joint appendix be set for March 29, 2016.

        Thank you,

      THE LAW OFFICE OF RICHARD E. LERNER, P.C.

        Richard E. Lerner

cc: all counsel (via ECF)