**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s)**: 15-4077

**Motion for**: Reinstatement of Appeal

**Caption [use short title]**: Jody Kriss et al. v. Bayrock Group LLC, et al.

Set forth below precise, complete statement of relief sought:

Reinstatement of Appeal

**MOVING PARTY**: E/O Gottdiener, Tausky, Suan Investments
[✓] Plaintiff   [ ] Defendant
[✓] Appellant/Petitioner   [ ] Appellee/Respondent

**OPPOSING PARTY**: Felix Sater

**MOVING ATTORNEY**: Frederick M. Oberlander
**OPPOSING ATTORNEY**: Robert Wolf

[name of attorney, with firm, address, phone number and e-mail]

The Law Office of Frederick M. Oberlander, P.C.
28 Sycamore Lane (Box 1870), Montauk NY 11954
(212) 826-0357; fred55@aol.com

Moses & Singer, LLP
405 Lexington Ave, NY, NY 10174
(212) 554-7825; rwolf@mosessinger.com

**Court-Judge/Agency appealed from**: Hon. Lorna Schofield, SDNY

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes   [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed   [✓] Opposed   [ ] Don't Know

Does opposing counsel intend to file a response:
[✓] Yes   [ ] No   [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?   [ ] Yes   [ ] No
Has this relief been previously sought in this Court?   [ ] Yes   [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?   [ ] Yes   [✓] No   (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes   [✓] No   If yes, enter date:

**Signature of Moving Attorney:**
/s/ Frederick M. Oberlander   Date: 4/20/16   Service by: [✓] CM/ECF   [ ] Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
-----------------------------------------------------------------------------------------X
**JODY KRISS, et al.**

                                                                                                           **15-4077**

     -against-

**BAYROCK GROUP LLC, et al.**
-----------------------------------------------------------------------------------------X

I, Frederick M. Oberlander, declare under penalty of perjury, pursuant to 28 USC 1746:

1.     I am counsel for appellants Estate of Ernest and Judit Gottdiener, Ervin Tausky, and Suan Investments. This appeal concerns orders issued by the Hon. L. Schofield dated *inter alia* February 25, 2014 (DE40), April 17, 2014 (DE49), May 8, 2014 (DE62), and November 16, 2015 (DE137).

2.     In two orders dated April 6, 2016, this court denied as moot the plaintiffs-appellants March 28, 2016 motion for an enlargement of time to serve and file the brief and appendix, then dismissed the appeal due to its not having been filed by March 29, 2016.

3.     The appellants, attaching the proposed brief, and appendix, respectfully request the appeal be reinstated, as the appeal is meritorious, and the delay in filing was in good faith and for good cause. As noted in the previous motion for an enlargement (which was mooted by the dismissal of the appeal), I had become embroiled in motion practice in a sealed case in another court, the details of which cannot be made public, and was hit with papers that had to be responded to immediately, due to their implicating First Amendment issues.

4.     And, as indicated in the prior motion, papers were due in other federal cases on April 4, 2016, and April 18, 2016, and my co-counsel Richard Lerner and I had just been ordered to a rescheduled oral argument in a state court action on March 31, 2016.

5.      What was not mentioned in the prior motion, but is mentioned now – as it would seem necessary to make an even stronger showing on a motion to reinstate an appeal than would be necessary for an enlargement of time – is that over the past year I have been in increasingly serious ill health to the point of having work restrictions imposed. In the days immediately after the requested enlargement I was forced to seek urgent care and emergency room hospitalization four times in New York City and in Southampton, where I reside, for extreme hypertensive emergency, and am treated with medications which have a pronounced effect on my ability to concentrate. This is due to an idiopathic condition that causes crisis level blood pressure without warning, with measurements at times reaching 210/150, accompanied by cardiac dysrhythmia.

6.      I would of course provide for *in camera* inspection copies of medical records and prescriptions given to me over the past several weeks, along with documentation of my blood pressure readings, as well as competent evidence of the effects of the medications that have been prescribed and which I have taken.

7.      In sum, the Court may be assured that the original request was made in good faith, in particular as borne out by the immediately succeeding health crises, and that I work as many hours as I am medically able (and, frankly, then some).

        WHEREFORE, I respectfully ask that this motion to reinstate the appeal be granted.


Dated:      Montauk, New York
            April 20, 2016

/s/ Frederick M. Oberlander