# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of June, two thousand and sixteen.

Before:      Ralph K. Winter,
                     *Circuit Judge.*

Estate of Ernest Gottdiener, Estate of Judit Gottdiener, Ervin Tausky, Suan Investments,

    Plaintiffs - Appellants,

Frederick Martin Oberlander,

    Movant- Appellant,

J. Kriss, J. Kriss, for Bayrock Merrimac, *et al.*,

    Plaintiffs,

v.

Bayrock Group, LLC, *et al.*,

    Defendants - Appellees,

Todd Kaminsky, CIM Group, Donald Trump, Ivanka Trump, John Does 1-100, Trump,

    Defendants.

**ORDER**

Docket No. 15-4077

    Appellant moves to recall the mandate and reinstate this appeal.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court**:**

    Catherine O'Hagan Wolfe,
    Clerk of Court

